## Standard Federal Fire Insurance Company, v. Allied State Securities Corporation et al.
## George D. Thompson, Appellant, v. Chicago Title and Trust Company, Trustee, et al., Appellees.

### Gen. No. 41,518.

opinion filed March 31, 1941; rehearing denied April 14, 1941. William H. Haight, for appellant; Edward N. Sherburne, for appellee Edward A. Miller. Opinion by JUSTICE MATCHETT. "Not to be published in full."